1  **SARA M. PELOQUIN**
   California State Bar No.  254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Suazo-Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 08MJ2550-BLM-3
                                       )
12           Plaintiff,                )
                                       )
13  v.                                 )
                                       )   **NOTICE OF APPEARANCE**
14  **JUAN MANUEL SUAZO-MARTINEZ,**    )
                                       )
15           Defendant.                )
                                       )
16  _____  )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated: August 20, 2008                   /s/  *Sara Peloquin*
                                            **SARA M. PELOQUIN**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Suazo-Martinez
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7    Dated:  August 20, 2008                              /s/  *Sara Peloquin*
                                                      **SARA M. PELOQUIN**
8                                                     Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
9                                                     San Diego, CA  92101-5030
                                                      (619) 234-8467  (tel)
10                                                    (619) 687-2666  (fax)
                                                      Sara_Peloquin@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28