FILED
08 AUG 27 PM 3:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

UNITED STATES OF AMERICA, ) Criminal Case No. 08 CR 2874 H
  ) 
            Plaintiff, ) I N D I C T M E N T
  )
        v. ) Title 18, U.S.C., 371 -
  ) Conspiracy; Title 8, U.S.C.,
FRANCISCO JAVIER ) Sec. 1324(a)(2)(B)(ii) -
      TRAPERO-FELIX (1), ) Conspiracy to Bring in Illegal
FRANCISCO JAVIER ) Aliens for Financial Gain;
      TRAPERO-OLGUIN (2), ) Title 8, U.S.C.,
JUAN MANUEL SUAZO-MARTINEZ (3), ) Sec. 1324(a)(2)(B)(ii) -
  ) Bringing in Illegal Aliens for
            Defendants. ) Financial Gain; Title 18, U.S.C.,
  ) Sec. 2 - Aiding and Abetting;
  ) Title 8, U.S.C.,
  ) Secs. 1324(a)(1)(A)(ii) and
  ) (v)(II) - Transportation of
  ) Illegal Aliens and Aiding and
  ) Abetting; Title 8, U.S.C.,
  ) Secs. 1326(a) and (b) - Deported
  ) Alien Found in the United States

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including August 15, 2008, within the Southern District of California, and elsewhere, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to bring illegal aliens

SLF:fer:San Diego
8/27/08

into the United States for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 371.

## OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1. On or about August 13, 2008, defendants FRANCISCO JAVIER TRAPERO-FELIX and FRANCISCO JAVIER TRAPERO-OLGUIN transported Rogaciano Melgarejo-Rosas from Mexico into the United States via boat.

2. On or about August 14, 2008, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ met a group of Mexican citizens who lacked permission to enter or remain into the United States at a beach near Rosarito, Baja California, and loaded them into two boats, which then put out to sea.

3. On or about August 15, 2008, the defendants consolidated the passengers in the two boats into the boat driven by defendant FRANCISCO JAVIER TRAPERO-FELIX and manned by FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ. Defendants then transported the Mexican citizens who lacked permission to enter or remain into the United States into the United States.

All in violation of Title 18, United States Code, Section 371.

//
//

## Count 2

On or about August 15, 2008, within the Southern District of California, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rogaciano Melgarejo-Rosas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 3

On or about August 15, 2008, within the Southern District of California, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rogaciano Melgarejo-Rosas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 4

On or about August 15, 2008, within the Southern District of California, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in

reckless disregard of the fact that an alien, namely, Chrisoforo Ortega-Espinoza, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 5

On or about August 15, 2008, within the Southern District of California, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Chrisoforo Ortega-Espinoza, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 6

On or about August 15, 2008, within the Southern District of California, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Godofredo Barrales-Velles, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private

//

financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 7

On or about August 15, 2008, within the Southern District of California, defendants FRANCISCO JAVIER TRAPERO-FELIX, FRANCISCO JAVIER TRAPERO-OLGUIN, and JUAN MANUEL SUAZO-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Godofredo Barrales-Velles, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 8

On or about August 15, 2008, within the Southern District of California, defendant JUAN MANUEL SUAZO-MARTINEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

It is further alleged that defendant JUAN MANUEL SUAZO-MARTINEZ was removed from the United States subsequent to September 14, 2001.

DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
SABRINA L. FEVE
Assistant U.S. Attorney